RECEIVED

MAY 16 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

United States District Court
Western District Of Louisiana
Shreveport Division

United States Of America : No. Cr. 06-50007-01
:
Versus : Judge Hicks
:
~~Jennifer Foley~~ Enrique Gurrola : Magistrate Hornsby

Order

Upon consideration of the record and the foregoing Motion on behalf of Defendant:

IT IS ORDERED that subpoenas for the following witnesses for Defendant herein, be served by the U. S. Marshal:

- A. TFA Hank Haynes, LA State Police, Troop G
- B. TFC Brett Davis, LA State Police, Troop G
- C. TPR James Nash, LA State Police, Troop G
- D. TFC George Beck, LA State Police, Troop G
- E. SGT Lloyd Porter, LA State Police, Troop G

IT IS FURTHER ORDERED any authorized witness fees for Defendant's witnesses be paid in the same manner as witness fees for the Government witnesses are paid as set forth in Rule 17(b), Federal Rules of Criminal Procedure.

Shreveport, Louisiana, this 16 day of May, 2006.

_____
U. S. MAGISTRATE JUDGE

3

AO 85 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

ENRIQUE GURROLA

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 06-50007-01

TO:

TFA HANK HAYNES
5300 INDUSTRIAL DRIVE EXTENSION
BOSSIER CITY, LA 71112

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| 300 FANNIN STREET SHREVEPORT, LA 71101 | COURTROOM 2, 4TH FLOOR |
| | DATE AND TIME |
| | MAY 30, 2006 AT 9:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk — Shannon McAnnis | 5-17-06 |

ATTORNEY'S NAME, ADDRESS, AND PHONE NUMBER
ELTON B. RICHEY, JR.
400 TRAVIS ST., STE.1805
SHREVEPORT, LA 71101
(318) 227-1460

# United States District Court

WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

ENRIQUE GURROLA

SUBPOENA IN A
CRIMINAL CASE

CASE NUMBER: 06-50007-01

TO:
TFC BRETT DAVIS
5300 INDUSTRIAL DRIVE EXTENSION
BOSSIER CITY, LA 71112

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| 300 FANNIN STREET SHREVEPORT, LA 71101 | COURTROOM 2, 4TH FLOOR |
| | DATE AND TIME |
| | MAY 30, 2006 AT 9:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *(signature)* (By) Deputy Clerk *Shannon McAnn...* | 5-17-06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
ELTON B. RICHEY, JR.
400 TRAVIS ST., STE.1805
SHREVEPORT, LA 71101
(318) 227-1460

# United States District Court

__WESTERN__ DISTRICT OF __LOUISIANA__

UNITED STATES OF AMERICA

V.

ENRIQUE GURROLA

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 06-50007-01

TO:

TPR JAMES NASH
5300 INDUSTRIAL DRIVE EXTENSION
BOSSIER CITY, LA 71112

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| 300 FANNIN STREET SHREVEPORT, LA 71101 | COURTROOM 2, 4TH FLOOR |
| | DATE AND TIME |
| | MAY 30, 2006 AT 9:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *(signature)* (By) Deputy Clerk *(signature)* | 5-17-06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
ELTON B. RICHEY, JR.
400 TRAVIS ST., STE.1805
SHREVEPORT, LA 71101
(318) 227-1460

# United States District Court

WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

ENRIQUE GURROLA

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 06-50007-01

TO:  TFC GEORGE BECK
5300 INDUSTRIAL DRIVE EXTENSION
BOSSIER CITY, LA 71112

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| 300 FANNIN STREET SHREVEPORT, LA 71101 | COURTROOM 2, 4TH FLOOR |
| | DATE AND TIME |
| | MAY 30, 2006 AT 9:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk [signatures] | 5-17-06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
ELTON B. RICHEY, JR.
400 TRAVIS ST., STE. 1805
SHREVEPORT, LA 71101
(318) 227-1460

# United States District Court

WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

ENRIQUE GURROLA

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 06-50007-01

TO:
SGT LLOYD PORTER
5300 INDUSTRIAL DRIVE EXTENSION
BOSSIER CITY, LA 71112

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| 300 FANNIN STREET SHREVEPORT, LA 71101 | COURTROOM 2, 4TH FLOOR |
| | DATE AND TIME |
| | MAY 30, 2006 AT 9:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *(signature)* (By) Deputy Clerk *(signature) Shannon J. McInnis* | 5-17-06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
ELTON B. RICHEY, JR.
400 TRAVIS ST., STE.1805
SHREVEPORT, LA 71101
(318) 227-1460