**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50007-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ENRIQUE GURROLA | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Suppress (Record Document 15) filed by the defendant, Enrique Gurrola, be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 29th day of September, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE