U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV 04 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

UNITED STATES OF AMERICA

versus                                          CRIMINAL NOS. 06-50007
                                                and 07-50082
ENRIQUE GURROLA                                 JUDGE TOM STAGG

## RESPONSE TO PRISONER'S "REQUEST FOR CLARIFICATION"

Enrique Gurrola ("Gurrola"), an inmate at F.C.I. Beaumont, has filed a letter entitled "Request For Clarification," in which he complains that the Bureau of Prisons "Records Department" has failed to credit him with almost four years of state imposed incarceration to be served concurrently with his federal sentence. From the records available to me, as his sentencing judge, it appears that Gurrola is entitled to the credit he seeks.

Gurrola was arrested by Louisiana State Police on November 26, 2005 following a traffic stop in Bossier parish and placed in custody in the parish jail. On January 26, 2006, a federal grand jury in this district indicted Gurrola in a two count indictment charging him with possession of cocaine with intent to distribute and possession of heroin with intent to distribute on or about November 26, 2005.

On July 12, 2006, a federal grand jury in the District of North Dakota returned

a twenty count indictment charging the defendant (and others) with conspiracy to possess with intent to distribute methamphetamine, cocaine, heroin and marijuana. On September 28, 2007, the defendant plead guilty to counts in both federal indictments pursuant to a written plea agreement providing for the consolidation of the two cases. Thereafter, on January 25, 2008, this court sentenced Gurrola to a term of 240 months, with ten years of supervised release to follow.

As a result of the same arrest (on September 26, 2005), on January 23, 2006, the Twenty-Sixth Judicial District Court, Bossier Parish, Louisiana, caused to be issued a Bill of Information charging this defendant with possession with intent of over 400 grams of heroin. On February 3, 2006, an amended bill was filed charging possession with intent of over 400 grams of heroin (count one) and over 400 grams of cocaine (count two).

After his first state court appearance on November 29, 2005, the minutes of court in his case show nineteen court appearances prior to May 5, 2009, on which date the defendant pled guilty to the state charges. The May 5, 2009 minute entry, after the recitation of the guilty plea proceedings, included the following sentence:

> Defendant waived any legal delays and is duly and legally sentenced by the Court to serve 4 years hard labor in the Louisiana Department of Corrections **to run concurrently with the federal sentence now serving. Defendant is**

2

**given credit for time served.**

(emphasis added). In the state court system, no formal judgment/commitment order is issued -- the minute entry is only record of the sentence.[1]

Although the statement by the state court judge ordering a concurrent sentence does not bind the Bureau of Prisons, it is nonetheless indicative of his intent. Furthermore, because the state court conviction and sentence had not yet occurred when the federal sentence was imposed, this court made no statement on the issue. However, it has been my practice in the past and my recommendation that the Bureau of Prisons find that these disparate sentences should run concurrently.

To buttress my conclusion there is attached a document issued by the State of Louisiana entitled, "Diminution of Sentence" showing Gurrola's release date from his state sentence to be May 15, 2009. Should the records officials at F.C.I. Beaumont need any further information, call or write the undersigned.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 4th day of November, 2009.

_____
JUDGE TOM STAGG

---

[1] In a recent conversation with Judge Bruce Bolin, the state court sentencing judge, he stated that in view of the lengthy federal sentence imposed, he gave a "short" sentence to run concurrent, thereby removing the matter from their docket.